IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

THOMAS F. O'BOYLE,

    Plaintiff,

v.                                                                      Civil Action No. 2:18-cv-21 (Kleeh)

BENCHMARK CONFERENCE
CENTERS OF WEST VIRGINIA, LLC
d/b/a STONEWALL RESORT,

    Defendant.

## DISMISSAL ORDER

**COME NOW**, the Parties, by counsel, and hereby represent to the Court that all matters and claims in controversy between the Plaintiff and Defendant have been settled and compromised and that the respective parties jointly move the Court to dismiss this matter with prejudice.

The Court being advised of the settlement and compromised herein and finding no objection thereto, it is hereby ORDERED that this action is hereby dismissed, WITH PREJUDICE, and may be removed from the Court's docket.

The Clerk is hereby ORDERED to send certified copies of this Order to all counsel of record.

ENTERED this _15th_ day of _August_, 2019.

                                                                          Judge Thomas S. Kleeh

| *Prepared by:* | *Inspected & approved by:* |
|---|---|
| /s/ Ashley W. French | /s/ Paul M. Mannix |
| Cy A. Hill, Jr. (WVSB#8816) | Paul M. Mannix (WVSB #7193) |
| Ashley W. French (WVSB#9060) | Marcus & Shapira LLP |
| Cipriani & Werner, PC | One Oxford Centre, 35th Floor |
| 500 Lee Street, East, Suite 900 | 301 Grant Street |
| Charleston, WV 25301 | Pittsburgh, PA 15219-6401 |
|   *Counsel for Defendant* |   *Counsel for Plaintiff* |